13968

CROOK v. HARTFORD FIRE INS. CO. *ET AL.*

(178 S. E. 254)

44

*Messrs. J. C. Hiott, Adam H. Moss* and *James A. Moss,*
for appellant,

*Mr. L. Marion Gressette,* for respondent, 

January 9, 1935.

The opinion of the Court was delivered by MR. C. J. RAMAGE, ACTING ASSOCIATE JUSTICE.

The decree of his Honor, Circuit Judge Oxner, is satisfactory to the Court and is hereby adopted as the opinion of this Court. The decree which will be reported is affirmed.